## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 202 MAL 2023

               Respondent           :

                                :    Petition for Allowance of Appeal
                                :    from the Order of the Superior Court

           v.                      :

                                :

ALLAN LESLIE SINANAN JR.,               :

               Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.